UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

ROCHELLE CAUSER,

                  **Plaintiff,**

vs.

OLEAN GENERAL HOSPITAL d/b/a
BRADFORD REGIONAL MEDICAL
CENTER,

                  **Defendant.**

STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE

Civil Action No. 1:23-cv-00280

---

WHEREAS, there is now pending, before this Court, an action brought by Plaintiff Rochelle Causer ("Plaintiff") against Defendant Olean General Hospital d/b/a Bradford Regional Medical Center ("Defendant"), the action being captioned as *Rochelle Causer vs. Olean General Hospital d/b/a Bradford Regional Medical Center*, Civil Case No. 23-cv-00280 (the "Action");

WHEREAS, the parties acknowledge that there is a bona fide dispute over whether Plaintiff was entitled to additional wages under federal and state laws.

WHEREAS, the parties agree that because of that bona fide dispute, it is fair and reasonable for all of the parties to compromise in order to fully and finally resolve this action;

WHEREAS, the parties, at mediation and with the assistance of counsel, have agreed to a private settlement to fully and finally resolve this Action; and

WHEREAS, no party hereto is an infant or an incompetent person.

IT IS HEREBY ORDERED that any and all claims asserted by Plaintiff in this action are hereby dismissed in their entirety with prejudice, without costs, attorneys' fees, penalties, expenses or disbursements to any party as against another, in accordance with Federal Rules of Civil Procedure 41(a)(2).

DATED: May 30, 2024

STIPULATED TO:

| /s/ David M. Manes, Esq. | s/Bradley A. Hoppe |
|---|---|
| David Manes, Esq. | Bradley A. Hoppe, Esq. |
| Manes & Narahari LLC | Bond, Schoeneck & King, PLLC |
| One Oxford Centre | 200 Delaware Avenue, Suite 900 |
| 301 Grant St., Suite 270 | Buffalo, New York 14202 |
| Pittsburgh, PA 15219 | Telephone: (716) 416-7024 |
| Telephone: (412) 626-5570 | Email: bhoppe@bsk.com |
| Email: dm@manesnarahari.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
Hon. Susan Paradise Baxter
United States District Judge

Date: 6/5/2024